IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01130-RBJ

TONILYN MADRID,

    Plaintiff,

v.

SAFEWAY, INC., a Delaware corporation,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

THIS MATTER coming before the Court upon the parties' Stipulated Motion to Dismiss with Prejudice [Docket 20], and the Court having reviewed said Motion, the pleadings and being fully

advised herein,

HEREBY ORDERS that the Stipulated Motion to Dismiss with Prejudice shall be and hereby is GRANTED. The case is hereby dismissed with prejudice, each party to pay their own costs and attorney's fees.

DATED this 16th day of September, 2013.

                                                           BY THE COURT:

                                                           _____
                                                           R. Brooke Jackson
                                                            United States District Judge

2

2